William La Mie, a Minor, by Edward La Mie, His Father and Next Friend, Plaintiff-Appellant, v. Chicago Transit Authority, a Municipal Corporation, Defendant-Appellee.

Gen. No. 47,608.

First District, First Division.
February 29, 1960.
Released for publication March 29, 1960.

Shavin & Hamilton and Leo S. Karlin (Leo S. Karlin and Alan D. Katz, of counsel) for appellant; William J. Lynch, William S. Allen, Charles F. White, and Jerome F. Dixon, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.